UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL LOEBE, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:15-cv-00903-TWP-MJD |
| | ) |
| BRIAN G. KOLFAGE, JR. also known as | ) |
| SENIOR AIRMAN BRIAN KOLFAGE, | ) |
| ASHLEY KOLFAGE, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 5, 2016, the Magistrate Judge submitted a Report and Recommendation. The plaintiff was afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is dismissed without prejudice as to the remaining Defendants, Brian Kolfage, Jr. and Ashley Kolfage pursuant to Federal Rule of Civil Procedure 4(m).

Date: 2/4/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

PAUL LOEBE, II
P.O. Box 744
Anderson, IN 46015

Louis J. Britton
KIGHTLINGER & GRAY
lbritton@k-glaw.com

Michael E. Brown
KIGHTLINGER & GRAY
mbrown@k-glaw.com